**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Juan Bautista ALOMIA–TORRES, a/k/a Juan Baustista–Alomia, a/k/a Luis Antonio Torres, a/k/a Edward Martinez, a/k/a Luis Alfredo Martinez, a/k/a John the Jamaican, a/k/a John, Defendant—Appellant.**

**No. 09–7876.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 24, 2010.
Decided: June 29, 2010.

Juan Bautista Alomia–Torres, Appellant Pro Se. Jennifer A. Youngs, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Before DUNCAN, AGEE, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juan Bautista Alomia–Torres appeals the district court's order denying relief on his motion for sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Alomia–Torres*, No. 3:97–cr–00040–FDW–2 (W.D.N.C. July 21, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*